No. 4,021.—KATHERINE DECKER, RESPONDENT, *v.* ANNA DECKER, APPELLANT.

*Appeal from District Court of Ravalli County; Asa L. Duncan, Judge.*

Decided September 9, 1919.

PER CURIAM.—Pursuant to stipulation of parties hereto, the appeal herein is this day dismissed.

*Mr. L. O. Johnson* and *Mr. E. M. Tucker,* for Appellant.

*Mr. H. C. Packer* and *Mr. E. C. Kurtz,* for Respondent.

---

No. 4,409.—STATE EX REL. ALBERT ANDERSON, APPELLANT, *v.* FRANK OLIVER and CERTAIN INTOXICATING LIQUORS, RESPONDENTS.

*Appeal from District Court of the Seventh Judicial District in and for Dawson County; C. C. Hurley, Judge.*

Decided September 9, 1919.

PER CURIAM.—The stay of proceedings heretofore granted in the above-entitled cause is hereby set aside and the appeal taken herein is dismissed.

*Mr. S. C. Ford,* Attorney General, for Appellant.